**FENNEMORE CRAIG, P.C.**
Patrick J. Sheehan, Esq.
Nevada Bar No. 3812
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: 702-692-8011
E-mail: psheehan@fclaw.com
*Attorney for Third-Party Defendants*
*Speedway Motorsports, LLC and Speedway*
*Motorsports, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30;<br><br>Defendants.<br><br>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPEEDWAY MOTORSPORTS, LLC, a foreign limited liability company; SPEEDWAY MOTORSPORTS, INC., and FOES I through V and ZOE Corporations VI through X, inclusive.<br><br>Third-Party Defendants. | Case No. 2:19-cv-01752-APG-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND DATE BY WHICH THIRD-PARTY DEFENDANTS SPEEDWAY MOTORSPORTS, LLC AND SPEEDWAY MOTORSPORTS, INC. SHALL HAVE TO RESPOND OR OTHERWISE ANSWER THE THIRD-PARTY COMPLAINT (FIRST REQUEST)** |

Plaintiff ANDREA NICOLE COSTELLO, Defendant/Third-Party Plaintiff GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING ("Glen Wood"), and Third-Party Defendants SPEEDWAY MOTORSPORTS, LLC ("SML") and SPEEDWAY MOTORSPORTS, INC. ("SMI," together with SMI, "Speedway Defendants"), by and

-1-

through their respective undersigned counsel, respectfully submit this STIPULATION AND ORDER TO EXTEND DATE BY WHICH THIRD-PARTY DEFENDANTS SPEEDWAY MOTORSPORTS, LLC AND SPEEDWAY MOTORSPORTS, INC. SHALL HAVE TO RESPOND OR OTHERWISE ANSWER THE THIRD-PARTY COMPLAINT (FIRST REQUEST) pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and Local Rules IA 6-1 and 7-1 for the Court's consideration. The parties hereby stipulate that the time for the Speedway Defendants to respond or otherwise answer Glen Wood's Third-Party Complaint may be extended to Monday, March 23, 2020, and the stipulating parties request that the Court approve the requested extension of time.

This is the first extension of time requested by the Speedway Defendants in this matter. The extension will allow the Speedway Defendants to further investigate the matter and respond appropriately. This request is made in good faith with no intent to cause delay or prejudice to any party. The Speedway Defendants do not wave and hereby reserve all available defenses, including all defenses under Rule 12(b) of the Federal Rules of Civil Procedure.

Dated this 19th day of February 2020.            Dated this 19th day of February 2020.

**COGBURN LAW**                                    **TYSON & MENDES LLP**

_/s/ Joseph J. Troiano, Esq._                      _/s/ Thomas E. McGrath, Esq._
Jamie S. Cogburn, Esq.                             Thomas E. McGrath, Esq.
Nevada Bar No. 8409                                Nevada Bar No. 7086
Joseph J. Troiano, Esq.                            Rachel J. Holzer, Esq.
Nevada Bar No. 12505                               Nevada Bar No. 11604
2580 St. Rose Parkway, Suite 330                   3960 Howard Hughes Parkway, Suite 600
Henderson, Nevada 89074                            Las Vegas, NV 89169
_Attorneys for Plaintiff_                          _Attorneys for Defendant_

///

**IT IS SO ORDERED**

**DATED: February 20, 2020**

///

///

///

**BRENDA WEKSLER**  -2-
**UNITED STATES MAGISTRATE JUDGE**

Dated this 19th day of February 2020.

**FENNEMORE CRAIG, P.C.**

_/s/ Patrick J. Sheehan, Esq._
Patrick J. Sheehan, Esq.
Nevada Bar No. 3812
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
_Attorney for Speedway Motorsports, LLC_
_and Speedway Motorsports, Inc._

Respectfully Submitted by:

**FENNEMORE CRAIG, P.C.**

_/s/ Patrick J. Sheehan, Esq._
Patrick J. Sheehan, Esq.
Nevada Bar No. 3812
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
_Attorney for Speedway Motorsports, LLC_
_and Speedway Motorsports, Inc._

-3-

## CERTIFICATE OF SERVICE

1.     On February 19, 2020, I served the following document(s):

**STIPULATION AND ORDER TO EXTEND DATE BY WHICH THIRD-PARTY DEFENDANTS SPEEDWAY MOTORSPORTS, LLC AND SPEEDWAY MOTORSPORTS, INC. SHALL HAVE TO RESPOND OR OTHERWISE ANSWER THE THIRD-PARTY COMPLAINT (FIRST REQUEST)**

2.     I served the above-named document(s) by the following means to the persons as listed below:

[X]     a.     ECF System (attach the "Notice of Electronic Filing" or list all persons and address):

tmcgrath@tysonmendes.com
rholzer@tysonmendes.com
jsc@cogburncares.com
jjt@cogburncares.com

[ ]     b.     United States mail, postage fully prepared (list persons and addresses):

      [ ]     c.     Personal Service (List persons and addresses):

        [ ] For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        [ ] For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[X]     d.     By direct email (as opposed to through the ECF system (list persons and email addresses):

psheehan@fclaw.com
tday@fclaw.com
nicholaslee@parkerpoe.com
mikeadams@parkerpoe.com

        Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]     e.     By fax transmission (list persons and fax numbers):

        Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax

-4-

numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]     f.     By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Trista Day*

_____
An Employee of Fennemore Craig, P.C.

-5-