# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, | Case No.: 2:19-cv-01752-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| GLEN WOOD COMPANY and NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, | |
| Defendants | |

Based upon defendant Glen Wood Company's response (ECF No. 37) to my Order to Show Cause, I will not remand this case at this time. The parties remain responsible for proving jurisdiction exists before judgment can be entered.

DATED this 6th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE