**FENNEMORE CRAIG, P.C.**
Patrick J. Sheehan, Esq.
Nevada Bar No. 3812
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: 702-692-8011
E-mail: psheehan@fclaw.com
*Attorney for Third-Party Defendants Speedway Motorsports, LLC, Speedway Motorsports, Inc., and Nevada Speedway, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30;<br><br>Defendants.<br><hr>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>SPEEDWAY MOTORSPORTS, LLC, a foreign limited liability company; SPEEDWAY MOTORSPORTS, INC., and FOES I through V and ZOE Corporations VI through X, inclusive.<br><br>Third-Party Defendants. | Case No. 2:19-cv-01752-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC D/B/A NASCAR** |

Defendant National Association for Stock Car Auto Racing, LLC d/b/a NASCAR ("Defendant"), by and through its counsel of record, Patrick J. Sheehan, Esq. of the law firm of Fennemore Craig, P.C. AND Plaintiff Andrea Nicole

-1-

16249493.1/031291.0020

Costello ("Plaintiff"), by and through their counsel of record, Joseph J. Troiano, Esq. of the law firm of Cogburn Law Offices hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the above entitled action shall be dismissed with prejudice as to Defendant National Association for Stock Car Auto Racing, LLC d/b/a NASCAR ONLY.  Each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 7th day of October, 2020.

| **FENNEMORE CRAIG, P.C.** | **COGBURN LAW OFFICES** |
|---|---|
| /s/Patrick J. Sheehan, Esq. | /s/Joseph J. Troiano, Esq. |
| _____ | _____ |
| Patrick J. Sheehan, Esq. | Joseph J. Troiano, Esq. |
| Nevada Bar No. 3812 | Nevada Bar No. 11300 |
| 300 S. Fourth Street, Suite 1400 | 2580 St. Rose Pkwy Suite 330 |
| Las Vegas, NV 89101 | Henderson, NV 89074 |
| Telephone: 702-692-8011 | Telephone: 702-384-3616 |
| E-mail: psheehan@fclaw.com | E-mail: jjt@cogburncares.com |
| *Attorney for National Association for Stock Car Auto Racing, LLC d/b/a NASCAR* | *Attorney for Plaintiff* |

**TYSON & MENDES**

/s/Thomas E. McGrath, Esq.
_____
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
3960 Howard Hughes Pkwy Suite 600
Las Vegas, NV 89169
Telephone: 702-724-2648
E-mail: tmcgrath@tysonmendes.com

/ / /

**ORDER**
-2-

16249493.1/031291.0020

**IT IS SO ORDERED**:

That Defendant "NASCAR" ONLY shall be dismissed as a Defendant in this case.

Dated this __12th__ day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**FENNEMORE CRAIG, P.C.**

*/s/Patrick J. Sheehan, Esq.*
_____
Patrick J. Sheehan, Esq.
Nevada Bar No. 3812
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: 702-692-8011
E-mail: psheehan@fclaw.com
*Attorney for National Association for*
 *Stock Car Auto Racing, LLC d/b/a NASCAR*

-3-

16249493.1/031291.0020