**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Tel: (702) 724-2648
Fax: (702) 938-1048

*Attorneys for Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; DOE Individuals 1-10; DOE Employees 11-20; and ROE Corporations 21-30;<br><br>Defendants. | Case No. 2:19-cv-01752-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS/THIRD-PARTY PLAINTIFFS TRAVIS ALEXANDER AND GLEN WOOD COMPANY D/B/A WOOD BROTHERS RACING'S TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

COME NOW, Plaintiff ANDREA NICOLE COSTELLO and Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing by and through their respective undersigned counsel of record, and stipulate as follows:

IT IS HEREBY STIPULATED that Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing's Reply

///

///

///

///

1

in Support of the Motion for Summary Judgment [ECF NO. 80] is to be filed no later than April 16, 2021.

Dated this 14th day of April, 2021.                    Dated this 14th day of April, 2021.

COGBURN LAW                                            TYSON & MENDES LLP


By: */s/ Joseph J. Troiano*                            By: */s/ Christopher A. Lund*
Jamie S. Cogburn, Esq.                                 Thomas E. McGrath, Esq.
Nevada Bar No. 8409                                    Nevada Bar No. 7086
Joseph J. Troiano, Esq.                                Christopher A. Lund, Esq.
Nevada Bar No. 12505                                   Nevada Bar No. 12435
2580 St. Rose Parkway, Suite 330                       170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89074                                Henderson, Nevada 89012
*Attorneys for Plaintiff*                              *Attorneys for Defendant/Third-Party Plaintiff*
*Andrea Nicole Costello*                               *Travis Alexander And Defendant/Third-Party*
                                                       *Plaintiff Glen Wood Company d/b/a Wood*
                                                       *Brothers Racing*

### ORDER

Based upon the foregoing Stipulation of the parties hereto, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing's Reply in Support of the Motion for Summary Judgment [ECF NO. 80] shall be filed no later than April 16, 2021.

IT IS SO ORDERED.

Dated this 15th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE