# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, | Case No.: 2:19-cv-01752-APG-BNW |
| Plaintiff | **Order Denying Motions in Limine** |
| v. | [ECF No. 110, 111] |
| GLEN WOOD COMPANY and NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, | |
| Defendants | |

The defendants filed two motions in limine to preclude statements and arguments at trial. ECF Nos. 110, 111. Local Rule 16-3(a) states: "Motions in limine will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." Neither motion contains such a statement. I therefore deny the motions in limine without prejudice.

DATED this 4th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE