COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA NICOLE COSTELLO, an individual, <br> Plaintiff, <br> vs. <br> GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; TRAVIS ALEXANDER, an individual; DOE Individuals 2–10; DOE Employees 11–20; and ROE Corporations 22–30, <br><br> Defendant. | Case No: 2:19-cv-01752-APG-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL** <br><br> **(FIRST REQUEST)** |
| GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; <br> Third-Party Plaintiff, <br> vs. <br> NEVADA SPEEDWAY, LLC, a foreign limited liability company; and FOES I through V, and ZOE Corporations VI through X, inclusive, <br><br> Third-Party Defendants. | |
| TRAVIS ALEXANDER, an individual <br> Third-Party Plaintiff, <br> vs. <br> NEVADA SPEEDWAY, LLC, a foreign limited liability company; and FOES I through V, and ZOE Corporations VI through X, inclusive, <br><br> Third-Party Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff, Andrea Nicole Costello; Defendants/Third-Party Plaintiffs, Glen Wood Company d/b/a Wood Brothers Racing, Travis

1  Alexander; and Third-Party Defendants, Nevada Speedway, LLC, through their respective
2  attorneys of record, to continue the current trial setting in the above-captioned matter to a later
3  date convenient to the court and parties.
4      The Court is currently set to rule on a motion for summary judgment at the end of October
5  2021. The current Trial is currently scheduled to begin on November 1, 2021. The attorneys for
6  the Parties have met and jointly request a Trial date beginning after February 1, 2022.
7      It is expressly understood by the undersigned that the court will set the trial of this matter
8  on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the
9  court's calendar.

Dated this 7th day of October, 2021.　　　　　　　Dated this 7th day of October, 2021.

COGBURN LAW　　　　　　　　　　　　　　TYSON & MENDES

By: */s/ Joseph J. Troiano*　　　　　　　　　　　By: */s/ Thomas E. McGrath*
    Jamie S. Cogburn, Esq.　　　　　　　　　　　    Thomas E. McGrath, Esq.
    Nevada Bar No. 8409　　　　　　　　　　　　    Nevada Bar No. 7086
    Joseph J. Troiano, Esq.　　　　　　　　　　　    3960 Howard Hughes Pkwy. # 600
    Nevada Bar No. 12505　　　　　　　　　　　    Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330　　　　　　　*Attorneys for Defendants/Third-Party*
    Henderson, Nevada 89074　　　　　　　　　　*Plaintiffs, Travis Alexander and Glen*
    *Attorneys for Plaintiff*　　　　　　　　　　　　*Wood Company, d/b/a Wood Brothers*
　　　　　　　　　　　　　　　　　　　　　　　*Racing*

Dated this 7th day of October, 2021

FENNEMORE CRAIG, P.C.

By: */s/ Patrick J. Sheehan*
    Patrick J. Sheehan, Esq.
    Nevada Bar No. 83812
    300 S. Fourth Street, Suite 1400
    Las Vegas, Nevada 89101
    *Attorneys for Third Party Defendants*

## ORDER

The foregoing stipulation between the parties to continue trial is hereby GRANTED. IT IS SO ORDERED that the trial currently scheduled for November 1, 2021, is vacated and continued to March 28, 2022, at 9:00 a.m. in Courtroom 6C. The calendar call currently scheduled for October 26, 2021, is vacated and continued to March 22, 2022, at 9:00 a.m. The MTSC scheduled for October 12, 2021, is vacated.

Dated: October 7, 2021

_____
UNITED STATES DISTRICT JUDGE