**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
Tel: (702) 724-2648
Fax: (702) 938-1048

*Attorneys for Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA NICOLE COSTELLO, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING, a foreign corporation; TRAVIS ALEXANDER, an individual; DOE Individuals 2–10; DOE Employees 11–20; and ROE Corporations 22–30,<br><br>     Defendant. | Case No. 2:19-cv-01752-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS/THIRD-PARTY PLAINTIFFS TRAVIS ALEXANDER AND GLEN WOOD COMPANY D/B/A WOOD BROTHERS RACING'S TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST MOTION IN LIMINE and TO EXTEND TIME TO FILE ADDITIONAL MOTIONS IN LIMINE** |
| GLEN WOOD COMPANY d/b/a WOOD BROTHERS RACING,<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA SPEEDWAY LLC; and FOES I through V and ZOE Corporations VI through X, inclusive.<br><br>     Third-Party Defendant. | |
| TRAVIS ALEXANDER,<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA SPEEDWAY LLC; and FOES I through V and ZOE Corporations VI through X, inclusive.<br><br>     Third-Party Defendant. | |

1

COME NOW, Plaintiff ANDREA NICOLE COSTELLO ("Plaintiff Costello") and Defendant/Third-Party Plaintiff Travis Alexander ("Alexander"), Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing ("Wood Brothers") and Third-Party Defendants, Nevada Speedway, LLC ("NV Speedway") by and through their respective undersigned counsel of record, and hereby submit their stipulation and proposed order to extend Alexander and the Wood Brothers' time to respond to Plaintiff' Costello's First Motion in Limine and to extend the time to file additional motions in limine.

The jury trial in this matter was previously set to begin on November 1, 2021. However, the trial has now been rescheduled to begin on March 22, 2021 [*see* ECF No. 116]. In addition, the Parties anticipate the Court will issue its ruling on Defendant Alexander and Wood Brother's Motion for Summary Judgment ("MSJ") [ECF No. 80], for which Defendants submitted a supplemental brief on October 12, 2021 [ECF No. 117] and Plaintiff Costello will submit by October 21, 2021.

The Parties anticipate that the Court's ruling on the MSJ may affect the Parties' presentation of evidence at trial, including the motions in limine they may file in preparation. In addition, prior to the trial being rescheduled to March 22, 2021, Plaintiff Costello submitted her Motion in Limine No. 1 to Exclude Irrelevant Evidence ("Plaintiff's MIL 1") [ECF No. 109] on October 1, 2021.

Based on the foregoing reasons, IT IS HEREBY STIPULATED that Defendant Alexander Wood Brothers' Response to Plaintiff's MIL 1 be extended to February 18, 2022.

///
///
///
///
///
///
///
///

1  IT IS FUTHER STIPULATED that the deadline to file additional motions in limine be extended to February 18, 2022.

Dated this 15th day of October, 2021.

COGBURN LAW

/s/ Joseph J. Troiano
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*
*Andrea Nicole Costello*

Dated this 15th day of October, 2021.

TYSON & MENDES LLP

/s/ Christopher A. Lund
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund
Nevada Bar No. 12435
170 South Green Valley Parkway, Suite 300
Henderson, Nevada 89012
*Attorneys for Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing*

Dated this 15th day of October, 2021.

FENNEMORE CRAIG, P.C.

/s/ Patrick J. Sheehan
Patrick J. Sheehan, Esq.
Nevada Bar No. 83812
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Third Party Defendants*

## ORDER

Based upon the foregoing Stipulation of the parties hereto, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant/Third-Party Plaintiff Travis Alexander And Defendant/Third-Party Plaintiff Glen Wood Company d/b/a Wood Brothers Racing's Response to Plaintiff's Motion in Limine No. 1 to Exclude Irrelevant Evidence [ECF No. 109] be extended to February 18, 2022.

3

IT IS FUTHER ORDERED that the deadline to file additional motions in limine be extended to February 18, 2022.

     IT IS SO ORDERED.

Dated this <u>21st</u> day of October, 2021.

               _____
               UNITED STATES DISTRICT JUDGE

