UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA NICOLE COSTELLO, | Case No.: 2:19-cv-01752-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| GLEN WOOD COMPANY, et al., | |
| Defendants | |
| AND ALL RELATED THIRD-PARTY CLAIMS. | |

In light of my rulings granting summary judgment to defendants Glen Wood Company and Travis Alexander on the plaintiffs' claims (ECF Nos. 114, 122), and consistent with the stipulation to dismiss the third-party claims without prejudice (ECF No. 127),

I ORDER the clerk of court to enter judgment in favor of defendants Glen Wood Company and Travis Alexander and against plaintiff Andrea Costello, and to close this case.

DATED this 3rd day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE